# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 5D2025-0702
LT Case No. 42-2020-CA-1777

_____

GARY EWERS, Individually and
as Co-Trustee of the Phyllis E.
Ewers Revocable Trust, and
BRADLEY EWERS, Individually
and as named Trust Protector of
the Phyllis E. Ewers Revocable
Trust,

    Appellants/Cross Appellees,

    v.

RONALD EWERS, as Co-Trustee
and a Beneficiary of the Phyllis
E. Ewers Revocable Trust,

    Appellee/Cross Appellant.

_____


On appeal from the Circuit Court for Marion County.
Bradley E. King, Judge.

Patrick G. Gilligan and Gwendolyn Pasteur Williams, of Gilligan,
Anderson, Williams & Green, P.A., Ocala, and Jospeh T. Eagleton
and Sarah B. Roberge, of Brannock Berman & Seider, Tampa, for
Appellants/Cross Appellees.

Jennifer Cates Lester, of Avera & Smith, LLP, Gainesville, for
Appellee/Cross Appellant.

May 26, 2026

PER CURIAM.

AFFIRMED.

EDWARDS, EISNAUGLE, and KILBANE, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____